CHARLES M. KILPATRICK, ESQ.
Nevada Bar No. 275
ANGELA D. BULLENTINI, ESQ.
Nevada Bar No. 10524
ADAM L. WOODRUM, ESQ.
Nevada Bar No. 10284
KILPATRICK BULLENTINI WOODRUM
412 No. Division Street
Carson City, NV 89703
Tel: (775) 882-6112
Fax: (775) 882-6114
*Attorneys for Plaintiff*

FILED
2022 MAY 13 PM 4: 29
BOBBIE R. WILLIAMS
CLERK
M. CARNEY DEPUTY

RECEIVED
MAY 13 2022
Douglas County
District Court Clerk

IN THE NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR DOUGLAS COUNTY

ROBERT LEUENBERGER,

   Plaintiff,

vs.

WALMART, INC., a foreign corporation; and DOES I-V,

   Defendants.
_____/

CASE NO. 2022-CV-00087

DEPT. NO. II

## COMPLAINT

COMES NOW, Plaintiff, ROBERT LEUENBERGER (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel, the law firm of KILPATRICK BULLENTINI WOODRUM, and for causes of action against Defendants, above named, alleges and states as follows:

I

That the true names or capacities, whether individual, corporate, or associates, agents or employees of the Defendants, and all of them named herein as DOES I-X, are unknown to the Plaintiff who therefore sues said Defendants by such fictitious names. The Plaintiff prays leave to amend this Complaint to show the true names and capacities when the same have been fully

///

1

determined. DOES include employees, third-party vendors, and third-party contractors, who were negligent.

II

That at all times relevant to these proceedings, the Plaintiff was and remains a resident of Gardnerville, County of Douglas, State of Nevada.

III

That Defendant, WALMART, INC., was and remains a foreign corporation or other business entity doing business within Gardnerville, County of Douglas, State of Nevada.

IV

That on or about April 1, 2022, the Plaintiff sustained injuries when the wheelchair he was sitting in broke and he fell, such incident taking place at Defendant WALMART, INC.'s store, located at or near 1511 Grant Avenue in Gardnerville, County of Douglas, State of Nevada.

V

That Plaintiff's injuries sustained in the above-referenced incident were a direct and proximate result of the negligent failure of the Defendant to maintain the store's wheelchairs in a reasonably safe and proper working condition.

VI

That as a direct and proximate result of the negligent conduct of the Defendant, the Plaintiff has sustained certain personal injuries the exact nature and extent of which are unknown at this time. The Plaintiff has incurred medical expenses and is entitled to an award of damages to reasonably compensate him for those medical expenses, and general damages, and appropriate damages for any residual impairment and future medical expenses all in excess of $15,000 as are recoverable consistent with Nevada law.

VII

That the Plaintiff has been required to retain the services of counsel and has incurred costs of suit herein.

VIII

That the Plaintiff is not a debtor in bankruptcy.

///
///

WHEREFORE, the Plaintiff prays for judgment against the Defendant as follows:

1. For money damages not to exceed fifteen thousand dollars ($15,000.00), to be determined at the time of trial or hearing.

2. For a reasonable attorney's fee together with costs of suit and interest as provided by statute.

3. For such other and further relief as may be deemed proper by this court.

DATED this _12_ day of _May_, 2022.

KILPATRICK BULLENTINI WOODRUM

CHARLES M. KILPATRICK, ESQ.
ADAM L. WOODRUM, ESQ.
*Attorneys for Plaintiff*