CHARLES M. KILPATRICK, ESQ.
Nevada State Bar No. 00275
ANGELA D. BULLENTINI, ESQ.
Nevada State Bar No. 10524
KILPATRICK BULLENTINI
412 North Division Street
Carson City, Nevada 89703
Tel: (775) 882-6112
Fax: (775) 882-6114
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LEUENBERGER, | Case No. 2:22-cv-01598-CDS-BNW |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| WALMART, INC., a foreign corporation; and DOES I-V, | |
| Defendants. | |

PLEASE TAKE NOTICE that attorney ADAM L. WOODRUM, ESQ., has left private practice and is no longer associated with the firm of Kilpatrick Bullentini and should be removed as counsel of record for Plaintiff. CHARLES M. KILPATRICK, ESQ., of the firm of Kilpatrick Bullentini is now appearing on behalf of Plaintiff.

DATED this _11_ day of _May_, 2023.

KILPATRICK BULLENTINI

_____
CHARLES M. KILPATRICK, ESQ.
*Attorneys for Plaintiff*

The motion to wihdraw Adam L. Woodrum is **GRANTED**; **Charles M. Kilpatrick, ESQ.,** is substituted as counsel for Plaintiff.

IT IS SO ORDERED
DATED: 4:14 pm, May 12, 2023

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of KILPATRICK BULLENTINI and that on this 11th day of May, 2023, I deposited for mailing, postage fully pre-paid at Carson City, Nevada a true copy of the *Notice of Disassociation of Counsel* addressed to:

Madison Aguirre, Esq.
Kurt R. Bonds, Esq.
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

DENISE L. RAMSEY