**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT LEUENBERGER, | CASE NO.: 2:22-cv-01598-CDS-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE THE MARCH 14, 2024 SETTLEMENT CONFERENCE** |
| vs. | |
| WALMART, INC., a foreign corporation; and DOES I-V, | **(First Request)** |
| Defendant. | |

Plaintiff, ROBERT LEUENBERGER, and Defendant, WALMART, INC., by and through their respective counsel of record, hereby submit the instant Stipulation and Order to Reschedule the March 14, 2024, Settlement Conference (First Request) pursuant to LR IA 6-1, IA 6-2, and LR 26-3. Specifically, the parties seek to reschedule the Settlement Conference currently scheduled with Magistrate Judge Brenda Weksler for March 14, 2024.

. . .

. . .

. . .

. . .

. . .

1                                                                KRB/20147-40

     Good cause exists to reschedule the March 14, 2024 Settlement Conference. Defense counsel has a scheduling conflict that cannot be moved. Defense counsel is scheduled for a private mediation at Advanced Resolution Management with Judge Atkin on March 14, 2024 in an unrelated case. This private mediation was scheduled prior to this Court setting a Settlement Conference in the above-referenced case.

     Starting March 4th, lead trial defense counsel will be in a five-day trial in Northern Nevada. In March and April, defense counsel is scheduled for private mediations at Advanced Resolution Management for various unrelated cases on March 14th, March 18th, March 26th, March 28th, April 3rd, and April 23rd. Further, Plaintiff's counsel has prior obligations during the week of April 1st through 5th and April 24th. The parties respectfully request the settlement conference is scheduled with these prior commitments in mind.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

KRB/20147-40

This is the first request to reschedule the March 14, 2024 Settlement Conference in this matter and no hearing date or trial date will be impacted by the extension as no such hearing date or trial date has been set. The parties submit that the reasons set forth above constitute good cause for the requested relief.

| DATED this 9th day of February, 2024. | DATED this 9th day of February, 2024. |
|---|---|
| **HALL & EVANS, LLC** | **KILPATRICK BULLENTINI** |
| /s/ Kurt R. Bonds<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>1160 North Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Walmart* | /s/Angela D. Bullentini<br>ANGELA D. BULLENTINI, ESQ.<br>Nevada Bar No. 10524<br>412 No. Division Street<br>Carson City, NV 89703<br>*Attorneys for Plaintiff* |

**ORDER**

Settlement Conference to be re-set by separate order.

IT IS SO ORDERED this 15th day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
**HALL & EVANS, LLC**

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*