1 | CHARLES M. KILPATRICK, ESQ.
Nevada State Bar No. 00275
ANGELA D. BULLENTINI, ESQ.
Nevada State Bar No. 10524
Kilpatrick Bullentini, Ltd.
311 W. Washington St., Suite B
Carson City, Nevada  89703
Tel:  (775) 882-6112
Fax: (775) 882-6114
Angela@KilpatrickBullentini.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT LEUENBERGER, | ) | Case No.  2:22-cv-01598-CDS-BNW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER VACATING** |
| | ) | **SETTLEMENT CONFERENCE** |
| vs. | ) | |
| | ) | |
| WALMART, INC., a foreign corporation; and DOES I-V, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW Plaintiff, ROBERT LEUENBERGER and Defendant, WALMART, INC. by and through counsel, ANGELA D. BULLENTINI, ESQ., and KURT R. BONDS, ESQ., respectively and hereby submit the instant Stipulation and Order to vacate both the pre-settlement telephone conference scheduled for June 27, 2024 at 2:30 p.m., and the settlement conference currently scheduled for June 28, 2024.  The parties have reached a settlement and expect to have the dismissal documents filed within 45 days of the date of this Stipulation.

1

DATED this ____ day of June, 2024.

/s/ *Angela D. Bulletini*
_____

ANGELA D. BULLENTINI, ESQ.
Kilpatrick Bullentini
311 W. Washington St., Suite B
Carson City, NV 89703
*Attorneys for Plaintiff*

DATED this ____ day of June, 2024.

/s/ *Kurt R. Bonds*

KURT R. BONDS, ESQ.
Hall & Evans, LLC
1160 North Town Center Dr., Suite 330
Las Vegas, Nevada 89144
*Attorneys for Walmart*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 27, 2024

2