1 **HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
2 Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
3 Nevada Bar No. 13872
4 1160 North Town Center Drive
Suite 330
5 Las Vegas, Nevada 89144
(702) 998-1022
6 nvefile@hallevans.com
7 *Attorneys for Defendant*

8                                      UNITED STATES DISTRICT COURT

9                                       FOR THE DISTRICT OF NEVADA

10 | ROBERT LEUENBERGER,                    | CASE NO.: 2:22-cv-01598-CDS-BNW
11 |             Plaintiff                  |
12 |   vs.                                  | **STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**
13 | WALMART, INC.,                         |
14 |             Defendant                  |
15

16      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ROBERT

17 LEUENBERGER and Defendant WALMART, INC., by and through their respective counsel of

18 record, that the claims asserted by Plaintiff ROBERT LEUENBERGER against Defendant

19 WALMART, INC. be dismissed in their entirety, with prejudice, the parties each to bear their

20 own costs and fees.

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

KB/20147-40

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 22 day of July, 2024.                DATED this 19th day of July, 2024.

**HALL & EVANS, LLC**                           **KILPATRICK BULLENTINI**

/s/ Kurt Bonds                                  /s/Angela D. Bullentini
KURT R. BONDS, ESQ.                             ANGELA D. BULLENTINI, ESQ.
Nevada Bar No. 6228                             Nevada Bar No. 10524
1160 North Town Center Drive, Suite 330         412 North Division Street
Las Vegas, Nevada 89144                         Carson City, NV 89703
*Attorneys for Walmart*                         *Attorneys for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: July 26, 2024

_____
Cristina D. Silva
United States District Judge

Submitted by:
**HALL & EVANS, LLC**

/s/ Kurt R. Bonds
_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*